

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KLARA PAKSY, an individual, individually and on behalf of all others similarly situated and the general public,<br><br>        Plaintiff - Respondent,<br><br>  v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; et al.,<br><br>        Defendants - Petitioners. | No. 14-80047<br><br>D.C. No. 2:13-cv-09425-GHK-FFM<br><br>Central District of California, Los Angeles |



RECEIVED
CLERK, U.S. DISTRICT COURT
10/14/14
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_MAT\_\_\_ DEPUTY

| | |
|---|---|
| DALE BYSTROM, an individual, individually and on behalf of all others similarly situated and the general public,<br><br>        Plaintiff - Respondent,<br><br>  v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; et al.,<br><br>        Defendants - Petitioners. | No. 14-80048<br><br>D.C. No. 2:13-cv-09424-GHK-FFM<br><br>Central District of California, Los Angeles |

| | |
|---|---|
| TIMOTHY J. CONNELL, an individual, individually and on behalf of all others similarly situated and the general public, | No. 14-80049 |

SL/MOATT

|  |  |
|---|---|
| Plaintiff - Respondent,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; et al.,<br><br>Defendants - Petitioners. | D.C. No. 2:13-cv-09410-GHK-FFM<br>Central District of California, Los Angeles<br><br>ORDER |

Before: GOULD and MURGUIA, Circuit Judges.

These petitions for permission to appeal pursuant to 28 U.S.C. § 1453(c) are granted. *See Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010) (per curiam). The Clerk is directed to consolidate the three appeals.

Within 14 days after the filing date of this order, petitioners shall perfect each of the three appeals pursuant to Federal Rule of Appellate Procedure 5(d).

Pursuant to 28 U.S.C. § 1453(c)(2), the court shall complete all action on these consolidated appeals, including rendering judgment, not later than 60 days after the date on which the appeals were filed. *See also Bush v. Cheaptickets, Inc.*, 425 F.3d 683, 685 (9th Cir. 2005) (stating that 60-day time period begins to run when the court accepts the appeal). The parties shall submit, via electronic filing, simultaneous consolidated briefs and excerpts of record within 10 days after the filing date of this order. No reply briefs will be accepted.

Also, within 10 days after the filing date of this order, by 5:00 p.m. (Pacific time), the parties shall submit to the Clerk's Office in San Francisco, 10 copies of the briefs and 4 copies of the excerpts of record in paper format, accompanied by certification that the briefs are identical to the versions submitted electronically.

Any motion to extend time to file the briefs shall strictly comply with the requirements set forth in 28 U.S.C. § 1453(c)(3).

The Clerk shall calendar these consolidated cases during the week of November 17, 2014 in Pasadena, California.